**Kirk Edwin Jensen, reign citizen**
reign of the heavens
NAC address: 70PHZ P5FJ2
Email: kirkedwin@protonmail.com

**FILED - GR**
July 13, 2023 12:36 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: JW / 7-14

To: United States District Court for the Western District of Michigan Clerk of Court Ann E. Filkins
399 Federal Bldg Courthouse
110 Michigan St NW
Grand Rapids MI 49503

**1:23-cv-749**
Robert J. Jonker
U.S. District Judge

Cc.: 3-B DISTRICT COURT, STATE OF MICHIGAN
P.O. Box 67 125 W MAIN ST
CENTERVILLE, MI 49032
**Case ID: 23-660-ST**

# ALIEN TORT CLAIM

### As defined in USC §1350. Alien's action for tort

Comes now, Kirk Edwin Jensen, (hereinafter "Claimant"), a reign citizen being competent to testify and being over the age of twenty-one years, after first being duly sworn according to the law to tell the truth to the facts related herein states that Claimant has first-hand knowledge and belief that these facts are true to the best of Claimant knowledge and belief, and

*\*For the purpose of this Alien Tort Claim "the CROWN" shall include the following persons; all variations of the person Sheriff's Department, a Department of County of St. Joseph D-U-N-S number: 008645009, all variations of the person St. Joseph County Court, all variations of the person State of Michigan D-U-N-S number: 054698428, the person State Bar of Michigan D-U-N-S number: 087749883, all variations of the person Government of The United States federal corporation doing business as U S Government D-U-N-S number(s): 161906193 and/or 052714196 located in District of Columbia as evidenced in 28 U.S.C. 3002 (15)(A), all Districts/States (hereinafter "state[s])/State[s]") of the U S Government, and the person City of London Corporation\**

EXHIBITS within this Alien Tort Claim (hereinafter "Claim") by Kirk Edwin Jensen, reign citizen are as follows:

1. Evidence of Claimant's citizenship within the reign of the heavens, a Set Apart Place, in the form of the Constitution for reign of the heavens, first page and signatory page within said Constitution, pages 7 and 8 within this Claim,
2. <u>Alternate evidence—Claimant's private membership association (hereinafter "PMA") in the form of an International Translation of National Driver Permit issued in conjunction with a National Driver Permit under the authority of the Department of Transportation through the Office of the Secretary of State for the Government of The United States of America Office of Deeds and Recordings (hereinafter "DOT"), page 9 within this Claim.</u> Passport image not available, currently in possession by St. Joseph County Sheriff Deputy for St. Joseph County Sheriff's Department,
3. Electronic mailing address verification of Claimant's Renouncing Lucifer and his kingdoms of the world<u>, page 10 </u>within this Claim,
4. North American National Party, hereinafter "NANP", political party affiliation declaration, page 11 within this Claim. Link to Claimant's NANP Legal Notice of PROCLAMATION OF

EXISTENCE provided herein; https:// northamericannationalparty.com/legal-notices/kirk-edwin-jensen-pma/,

5. NOTICE OF ARRAIGNMENT #1, page 12 within this Claim,
6. NOTICE OF ARRAIGNMENT #2, page 13 within this Claim,
7. NOTICE OF ARRAIGNMENT #3, page 14 within this Claim,
8. Debt of U S Government as of the 107th day in the Year of Yahweh 6025, translated the [4th day of July, 2023], page 15 within this Claim,
9. Debt of State of Michigan as of the 107th day in the Year of Yahweh 6025, translated the [4th day of July, 2023], page 15 within this Claim,
10. Notice to appear #1 dated [15th day of June, 2023], page 16 within this Claim,
11. Notice to appear #2 dated [29th day of June, 2023], page 17 within this Claim,
12. Non-Statutory Abatement filed with the Clerk of the St. Joseph County Court on the 102nd day in the Year of Yahweh 6025 translated the [29th day of June, 2023], page 18 within this Claim,
13. State of Michigan Uniform Law Citation dated [04/06/2023], pages 19 through 21 within this Claim,

*The charges by Claimant within this Claim shall reference the codified Law of Nations and the International Convention on Civil and Political Rights (hereinafter "ICCPR")*

## CLAIM

1. Claimant is a citizen and one of the permanent population of the reign of the heavens, a Set Apart Place on earth and the creation of Claimant's God of Abraham, Isaac, and Jacob, hereinafter "יהוה", and a servant of יהוה's Son Yahushua/ the Messiah, hereinafter "יהושע", and a signatory to the new Constitution for the reign of the heavens as of the 52nd day in the Year of Yahweh 6025 translated the [10th day of May, 2023] evidenced in EXHIBIT 1, pages 7 and 8 within this Claim. Claimant recognizes that יהושע was tortured, died, and resurrected and is Claimant's King and Savior the one and only Sovereign of sovereigns and Claimant's Sovereign authority on earth. יהושע proclaimed the only way/religion for salvation evidenced in Scriptures Yohanan (John) 14:6 stated herein; "6 יהושע *said to him, "I am the Way, and the Truth, and the Life. No one comes to the Father except through Me"* and Claimant is a follower of His established Way, and the Truth, and the Life. Claimant has made the conscientious decision to retire from the U S Government and all states/States thereof vacant an established religion taking Claimant's possessions with Claimant to a natural area code address, hereinafter "NAC", foreign to the United States Postal Service, hereinafter "USPS", address system of/for the U S Government and all states/States thereof and utilizes credentials foreign to the U S Government and all states/States evidenced in EXHIBIT 2, page 9 within this Claim, in accordance with Claimant's religious beliefs and conscience and the codified *Law of Nations Book I Of Nations Considered in Themselves Chapter XII Of Religion and Piety § 130. When there is yet no established religion.* Claimant is under the rights, duties, and obligations of the reign of the heavens, a Set Apart Place on earth NOT under the privileges and benefits of the U S Government, any state/State thereof as a resident/quasi-citizen/ward of a state, and the Luciferian HOLY SEE of the world, hereinafter "HOLY SEE", and

2. Under the Sovereign authority of יהושע Claimant has entirely renounced Lucifer and his kingdoms of the world on the 254th day in the Year of Yahweh 6019 translated the [28th day of November, 2017] evidenced in EXHIBIT 3, page 10 within this Claim, including but not limited

to associating with members of the Luciferian masonic Bar Association factions of Inner Temple, Middle Temple, Gray's Inn, and Lincoln's Inn as Inns and Temples of Court inside the Luciferian masonic Temple Bar gateway of the metes and bounds of the Luciferian masonic City of London Corporation (hereinafter "CoLC"). Said members utilize Luciferian Roman Canons of HOLY SEE evidenced in SBM's Michigan Code of Judicial Conduct. Claimant recognizes members of SBM as members of a Bar Association faction of the Inns and Temples of Court within CoLC and Claimant recognizes that any religion including but not limited to all factions of the masonic religion not acknowledging יהושע as King and Savior or any act of operating without acknowledging an established religion is an act of duality considered Luciferian and of the world, and

3. Claimant recognizes that County of St. Joseph is a political subdivision of the political subdivision State of Michigan, evidenced in *Law of Nations Book I Of Nations Considered in Themselves Chapter IV Of the Sovereign, His Obligations, and Rights § 40. Of his representative character* and foreign to Claimant's political affiliation and society evidenced in EXHIBIT 4, page 11 within this Claim, therefore County of St. Joseph is a foreign political society whose members are exercising the administration of a political authority foreign to Claimant's political affiliation and society under the authority of יהושע. Claimant operates with the credentials of Claimant's private membership association KIRK EDWIN JENSEN PMA, hereinafter "PMA", evidenced in EXHIBIT 4 Link, page 11 within this Claim, with credentials currently in possession by St. Joseph County Sheriff for St. Joseph County Sheriff's Department. Claimant's credentials were taken and not returned to Claimant therefore continuing to arbitrarily traffick Claimant's PMA and/or Claimant to a USPS address as a resident/quasi citizen/ward of a state of State of Michigan. Claimant was given NOTICE(s) OF ARRAIGNMENT as evidenced in EXHIBIT 5, EXHIBIT 6, and EXHIBIT 7, pages 12 through 14 within this Claim, signed by Deputy. Claimant did not consent to nor give a signature for any contractual sin alleged by The People of State of Michigan upon appearance for arraignment. PMA continues to be arbitrarily trafficked within a political society foreign to PMA's political society, thereby arbitrarily holding Claimant as a security interest for a trafficked PERSON. Claimant does not associate with trafficking in persons/PERSONS Claimant recognizes the employment of Deputy, Sheriff, Judge, Prosecutor 1, Prosecutor 2 and State of Michigan as a political power foreign to and renounced by Claimant prior to injuries incurred upon Claimant by Deputy, Sheriff, Judge, Prosecutor 1, Prosecutor 2 and State of Michigan, and

4. Claimant recognizes and renounces the Fiat currencies of the world as subject to private banking institutions including those banking institutions of the private Federal Reserve System and investment companies whose owners associate with Luciferian Banking institutions within the metes and bounds of CoLC. Claimant recognizes that the FEDERAL RESERVE NOTE is a promise to pay, or credit, wherein the U S Government and State of Michigan are outstandingly indebted to another evidenced in EXHIBIT 8 and EXHIBIT 9, page 15 within this Claim. State of Michigan is already indebted to another therefore Claimant owes NO gratitude/indebtedness to the outstandingly indebted. Claimant recognizes that Claimant's PMA and/or Claimant is the name on an arbitrary BOND evidenced in EXHIBIT 10 and EXHIBIT 11, pages 16 and 17 within this Claim, to be invested on the World Stock Exchange of the world renounced by Claimant prior to actions by Deputy, Sheriff, Judge, Prosecutor 1, Prosecutor 2 and State of Michigan committed upon Claimant, and

## CHARGES

1. As evidenced in the Non-Statutory Abatement filed with the Clerk of St. Joseph County Court, EXHIBIT 12, page 18 within this Claim, Claimant hereby charges Deputy for St. Joseph County Sheriff's Department, a Department of County of St. Joseph Kevin Brooks, hereinafter "Deputy", Sheriff for St. Joseph County Sheriff's Department, a Department of County of St. Joseph, Mark Lillywhite, hereinafter "Sheriff", State Bar of Michigan, hereinafter "SBM", members Judge Jeffery C. Middleton, hereinafter "Judge", Prosecutor David Marvin, hereinafter "Prosecutor 1", and Prosecutor Casey Johnson, hereinafter "Prosecutor 2", as collective members of/for State of Michigan, are in violation of the codified *Law of Nations Book I Of Nations Considered in Themselves Chapter XII Of Religion and Piety § 130. When there is yet no established religion.* Claimant's credentials as evidence of Claimant's conscientious decision to retire from the U S Government and states/States thereof and foreign status prior to actions by Deputy, Sheriff, Judge, Prosecutor 1, Prosecutor 2, and State of Michigan are currently being held by St. Joseph County Sheriff's Department, therefore denying Claimant's foreign status by Deputy, Sheriff, Judge, Prosecutor 1, Prosecutor 2, and State of Michigan.

   Claimant hereby charges that Deputy, Sheriff, Judge, Prosecutor 1, Prosecutor 2, and State of Michigan are in violation of ICCPR Article 11 2. by denying Claimant the right of having retired from the U S Government and states/States thereof prior to actions by Deputy, Sheriff, Judge, Prosecutor 1, Prosecutor 2, and State of Michigan committed upon Claimant, and

2. Claimant hereby charges that Deputy, Sheriff, Judge, Prosecutor 1, Prosecutor 2, and State of Michigan are in violation of the codified *Law of Nations Book I Of Nations Considered in Themselves Chapter XII Of Religion and Piety § 133. Where there is an established religion* for disturbing the preservation of Claimant's way/religion for salvation by forcing association upon Claimant evidenced in EXHIBIT 5, EXHIBIT 6, EXHIBIT 7, EXHIBIT 10, and EXHIBIT 11, pages 12 through 14 and pages 16 and 17 within this Claim, with Deputy, Judge, Prosecutors, State of Michigan, and SBM already renounced by Claimant prior to actions by Deputy, Sheriff, Judge, Prosecutor 1, Prosecutor 2, and State of Michigan committed upon Claimant.

   Claimant hereby charges that Deputy, Sheriff, Judge, Prosecutor 1, Prosecutor 2, and State of Michigan are in violation of ICCPR Article 18 in full for denying Claimant's freedom of religious belief and conscience free of conviction in public through apprehension, detainment, coercion, and forced association into private proceedings by way of administering (to-minister-action) Luciferian Roman Canons for HOLY SEE alleging contractual sins against State of Michigan utilizing SBM Code of Judicial Conduct, and

3. Claimant hereby charges that Deputy, Sheriff, Judge, Prosecutor 1, Prosecutor 2, and State of Michigan are in violation of the codified *Law of Nations Book I Of Nations Considered in Themselves Chapter XII Of Religion and Piety § 147.2. Important employments conferred by a foreign power* for recognizing then denying Claimant's credentials foreign to Deputy, Sheriff, Judge, Prosecutor 1, and Prosecutor 2 as employees of/for State of Michigan vacant an established religion administering Luciferian Roman Canons of HOLY SEE upon Claimant

already renounced by Claimant prior to actions by Deputy, Sheriff, Judge, Prosecutor 1, Prosecutor 2, and State of Michigan committed upon Claimant.

Claimant hereby charges that Deputy, Sheriff, Judge, Prosecutor 1, Prosecutor 2, and State of Michigan are in violation of ICCPR Article 1 for completely denying Claimant's political status through Claimant's PMA foreign to the political parties of/for the U S Government and states/States thereof.

Claimant hereby charges that Deputy, Sheriff, Judge, Prosecutor 1, Prosecutor 2, and State of Michigan are in violation of ICCPR Article 3 for denying Claimant's enjoyment of equal political rights foreign to Deputy, Sheriff, Judge, Prosecutor 1, and Prosecutor 2 as members of one of the political parties of/for the U S Government and states/States thereof, and

4. Claimant hereby charges that Deputy, Sheriff, Judge, Prosecutor 1, Prosecutor 2, and State of Michigan are in violation of the codified *Law of Nations Book I Of Nations Considered in Themselves Chapter X Of Money And Exchange § 106. Duty of the nation or prince with respect to the coin* for initiating a BOND upon PMA and/or Claimant foreign to the U S Government and states/States thereof as surety to be invested on the World Stock Exchange of the world to bring Fiat currency into existence renounced by Claimant prior to actions by Deputy, Sheriff, Judge, Prosecutor 1, Prosecutor 2, and State of Michigan committed upon Claimant.

Claimant hereby charges that Deputy, Sheriff, Judge, Prosecutor 1, Prosecutor 2, and State of Michigan are in violation of ICCPR Article 8 for holding Claimant and/or PMA indebted to and a slave in BONDage within State of Michigan by way of Fiat currency with no value or substance other than Claimant and/or PMA renounced by Claimant prior to actions by Deputy, Sheriff, Judge, Prosecutor 1, Prosecutor 2, and State of Michigan committed upon Claimant, and

5. Claimant hereby charges that Deputy has violated the codified *Law of Nations Book III Of War Chapter III Of the Just Causes of War § 24. War never to be undertaken without very cogent reasons* and *§ 27. What war is unjust* wherein Deputy arbitrarily declared Claimant a "sovereign citizen" evidenced in Exhibit 13, pages 19 through 21 within this Claim, therefore arbitrarily declaring Claimant a Domestic Terrorist contrary to Claimant's credentials verifying Claimant is under a political authority in accordance with the codified *Law of Nations* foreign to the U S Government and states/States thereof. Said declaration is misleading propaganda incited by entities including but not limited to the Southern Poverty Law Center and the masonic Federal Bureau of Investigation of U S Government to heighten aggression by registered agents of/for the U S Government and states/States thereof and hereby acknowledged as attempted murder by Deputy.

Claimant hereby charges that Deputy has violated ICCPR Article 20. 2 for inciting discrimination, hostility, and/or violence upon a peaceful civilian wherein Deputy arbitrarily declared Claimant a "sovereign citizen" for not providing a contract foreign to Claimant's political contract and Claimant's contract with יהושע, and

## DAMAGES INCURRED UPON CLAIMANT

Claimant has been under constant restraint and BONDage from procuring basic needs to maintain health, food, hygiene, and spirituality for Claimant and Claimant's loved ones since the actions by Deputy,

Sheriff, Judge, Prosecutor 1, Prosecutor 2, and State of Michigan. Claimant has been restrained and in BONDage from utilizing Claimant's religious and uninhibited freedom of movement under threat of further apprehension, forced detainment, and further forced association by Deputy, Sheriff, Judge, Prosecutor 1, Prosecutor 2, and State of Michigan and other employees in State of Michigan foreign to the reign of the heavens, a Set Apart Place that Claimant operates within. Claimant is under constant distress as aggression has been heightened for the arbitrary declaration by Deputy. Other registered agents may now consider Claimant as violent and life threatening and act upon Claimant with violence or mortality. Deputy, Sheriff, Judge, Prosecutor 1, Prosecutor 2, and State of Michigan have incurred personal damages upon Claimant of a magnitude more than any valuation in Fiat currency, therefore

## RELIEF

1. Claimant hereby demands relief from personal damages incurred upon Claimant in the form of property assets turned over to Claimant by Deputy, Sheriff, Judge, Prosecutor 1, Prosecutor 2, and State of Michigan. All property assets shall be classified as property within the reign of the heavens, a Set Apart Place on earth set apart from the Luciferian kingdoms of the world including the CROWN and HOLY SEE, and

2. Claimant hereby demands relief in the form of overturning of all previous cases and judgments related to a driver license against PMA's name and PMA's name stricken from all Departments, Associations, Agencies, Corporations, and all other entities of the CROWN and HOLY SEE no longer subject to any actions or investments by the CROWN and HOLY SEE, and

3. Claimant hereby demands relief in the form of the return of International Translation of National Driver Permit and passport issued by the Secretary of State for the Government of The United States of America currently in possession by St. Joseph County Sheriff Deputy for St. Joseph County Sheriff's Department.

4. This Claim shall serve as further evidence for any Claim demanding relief for damages incurred by the CROWN upon any one citizen of the reign of the heavens, a Set Apart Place on earth, and

Claimant hereby gives thanks to God of Abraham, Isaac, and Jacob and prays to יהושע for peace and reconciliation with all persons for may they be given eyes to see and ears to hear יהושע's Words and Teachings. Claimant Further Sayeth Naught,

*Kirk-Edwin*, citizen of the reign of the heavens, a Set Apart Place on earth

This 109th day in the Year of Yahweh 6025, translated the 6th day of July in the two thousand and twenty third year of the new covenant in Yahushua's name.

eMail communication pReferred

otherwise address on envelope is acceptable

1701 E. Empire Street
Suite 360 PMB 147
Bloomington, ILL
61704

7012 1640 0001 3995 6547



Retail

RDC 99



49503

U.S. POSTAGE PAID
FCM LG ENV
DOWAGIAC, MI 49047
JUL 11, 2023

**$6.18**

R2305M143342-11

United States District Court for the Western District of Michigan
Clerk of Court Ann E. Filkins
399 Federal Bldg Courthouse
110 Michigan St NW
Grand Rapids MI 49503