# EXHIBIT 1

  

Constitution for the
reign of the heavens



## Preamble

We, the reign citizens of the reign of the heavens hereby acknowledge the existence of the Messiah and King יהושע the Messiah/ Yeshua/ Jesus, the Christ (hereinafter "the Sovereign") and recognize the reign of the heavens is the body of Christ and the Spirit of Christ. The reign citizens recognize that the Sovereign has been given all the power that is in heaven and on earth.

*Matthew: 28:18 18And יהושע came up and spoke to them, saying, "All authority has been given to Me in heaven and on earth. 19 "Therefore, go and make taught ones of all the nations, immersing them in the Name of the Father and of the Son and of the Set-apart Spirit, 20 teaching them to guard all that I have commanded you. And see, I am with you always, until the end of the age."*
Amen

We see the Sovereign of Sovereigns as the Chief Corner Stone that the builders have rejected however the reign citizens do not reject the Chief Corner Stone.

The name and style of this assembly shall be: "assembly of Elohim"

## Social Compact

I, hereby accept and declare that יהושע the Messiah, Yeshua, Jesus, the Christ as King, Savior and Messiah, and

I hereby accept and declare that my Messiah and King is the Son of Yahweh that He died for my sins and was resurrected in three days after His death.

"For Elohim so loved the world that He gave His only brought-forth Son, so that everyone who believes in Him should not perish but possess everlasting life.

## Metes and Bounds of the reign of the heavens

The reign of the heavens is a people and not a place.
The reign of the heavens shares the metes and bounds of The United States of America
All exiles from The United States of America are not to return nor come to the reign of the heavens nor back to The United States of America.



Registered with the IP Rights Office
Copyright Registration Service Number: 40569901

better but for the worse.

18: For in the first place, I hear that when you come together as an assembly, there are divisions among you, and to some extent I believe it.

19: For there have to be factions even among you, so that the approved ones might be revealed among you.

20: So when you come together in one place, it is not to eat the Master's supper.

21: For, when you eat, each one takes his own supper first, and one is hungry and another is drunk.

22: Have you not houses to eat and drink in? Or do you despise the assembly of Elohim and shame those who have not? What shall I say to you? Shall I praise you in this? I do not praise!

**The reign citizens hereby reserve the right to alter or amend this constitution for the reign of the heavens at anytime.**

Approved by the reign citizens in the assembly of Elohim on this 53rd day in the year 6025, translation date: the 5th month and the 11th day in the 2023rd year of the new covenant of יהוה the Messiah,

Definitions: General post office means opposite of Caesar
Reign citizen- grafted in gentiles and Jews

**Signatories:**

Deborah Kathleen Davidson

Derek William Davidson

William Ralph Davidson

Kirk Edwin Jensen

Gregory Thomas Johnson

Kevin Michael Juhas

Kevin Lloyd Lakes

Marshall Revellyn Rinkenberger

Trent Windsley Sailor

Frederick George Sikes Jr.

Naomi Ruth Spears

13
Registered with the IP Rights Office
Copyright Registration Service Number: 40569901