## EXHIBIT 3

I, the undersigned, hereby declare, with this oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any of the kingdoms of the world and all their glory ruled by Lucifer under the creed of Luciferianism or various doctrines and the religion of satanism, its potentates, its states, its sovereignties, its regions and principalities of whom or which I have heretofore been assumed to be a subject or citizen thereof; So help me God/Yahweh
Kirk Edwin Jensen

*KiRK E JeNseN*

The message has been sent from 96.87.122.145 (United States) at 2017-11-28 11:59:10 on Chrome 62.0.3202.94
Entry ID: 199