# EXHIBIT 4

**PMA Link:** https:// northamericannationalparty.com/legal-notices/kirk-edwin-jensen-pma/



# POLITICAL AFFILIATION
# DECLARATION

I the undersigned herby withdraws any and all moral, financial and spiritual support from the Democratic and Republican Parties.

I, the undersigned, hereby rebuke any and all national or international classifications created by the Democratic and Republican parties; or all other type of affiliation, association or contracts with the Democratic and Republican parties, and

I, the undersigned, hereby withdraws and or rescinds any and all registration with the Democratic and Republican parties and therefore no longer carry the title of constituent or independent voter, unaffiliated voter or non-affiliated voter within the United States for either the Democratic or Republican Parties, and

I, the undersigned, hereby orders the Democratic and Republican Parties to remove my private property from its records known as, my name, all school district information, birth certificate and any and all property belonging to the undersigned wherein it is my political right, and

I, the undersigned, hereby claims my vote back and shall exercise my voting rights within a real social compact through the North American National Party wherein I declare I am a member within The United States of America, and

Date and Time: 08/16/2022 4:15pm CST

Kirk Edwin Jensen







Registered with the IP Rights Office
Copyright Registration Service Number: 4056990103