# EXHIBIT 6

| Approved, SCAO | Original - Court<br>1st copy - Plaintiff/Attorney | 2nd copy - Defendant/Attorney<br>3rd copy - Extra |
|---|---|---|
| **STATE OF MICHIGAN**<br>**3-B DISTRICT COURT** | **NOTICE TO APPEAR** | **CASE NO.**<br>23-661-ST-1 |

Court address
P.O. BOX 67 125 W MAIN ST CENTREVILLE, MI 49032

Court telephone no.
269-467-5627

**YOU ARE DIRECTED TO APPEAR AT:**

The People of STATE OF MICHIGAN

☑ The court address above, courtroom C

On: 5/11/2023 at 8:15 AM

Plaintiff ☐ Personal service

Before HON. JEFFREY C. MIDDLETON

v

KIRK EDWIN JENSEN
5904 SNYDER RD
BERRIEN SPRINGS, MI 49103

**FOR THE FOLLOWING PURPOSE:**
SCHEDULED ARRAIGNMENT

Additional Information/Instructions:

Defendant ☐ Personal service

RESET FROM 4/26/23
TO BE HELD IN PERSON
PLEASE REPORT TO THE COURTHOUSE

CASEY JOHNSON
PO BOX 250
CENTREVILLE MI 49032

Offense(s):

Plaintiff's attorney/People ☐ Personal service

NO VALID LICENSE IN POSSESSION

Defendant's attorney ☐ Personal service

ST JOSEPH COUNTY SHERIFF DEPT
BROOKS, KEVIN
Agency and Officer(s)

Complaint: 2370-23
CTN/TCN:

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

☐ The above matter is adjourned from _____ Date

Date issued: April 21, 2023

Clerk of the Court

**IMPORTANT: READ THIS CAREFULLY**

1. Bring this notice with you.
2. No case may be adjourned except by authority of the judge for good cause shown
3. FAILURE OF THE DEFENDANT TO APPEAR in a civil case may cause a default judgment to be entered. FAILURE OF THE PLAINTIFF TO APPEAR may result in a dismissal of the case.
4. FAILURE TO APPEAR in a criminal case may subject you to the penalty for contempt of court, and a bench warrant may be issued for your arrest.
5. If you intend to employ a lawyer, he or she should be notified of the date at once.
6. Fines, costs, and other financial obligations imposed by the court must be paid at the time of assessment, except when the court allows otherwise, for good cause shown.

MC 06 (6/19) **NOTICE TO APPEAR**
Copies To: Court Copy   Defendant