**EXHIBIT 8**



**EXHIBIT 9**

