# EXHIBIT 10

| STATE OF MICHIGAN<br>3-B District Court<br>St. Joseph County | **NOTICE TO APPEAR** | Case No.<br>23-60-ST |
|---|---|---|
| **Court Address:**<br>Courts Building, PO Box 67, Centreville, Michigan 49032 | | **Court Telephone No.**<br>(269) 467-5627 |

**TO THE DEFENDANT:** *Kirk Jensen*

You must appear in court on ___*Thursday*___, ___*6/15/23*___
                                       (Day of Week)           (Date)

at ___*8:30 AM*___ at the following location:
   (Time)

- ☐ Courtroom C
- ☐ Courtroom D
- ☑ Court Office (Room 107)
- ☐ Probation Office (Lower Level)
- ☐ Hearing Room (Lower Level)
- ☐ Zoom – Meeting ID _____

For the following purpose:

- ☑ Pretrial Conference
- ☐ Informal Hearing
- ☐ Preliminary Exam Conference
- ☐ Formal Hearing
- ☐ Preliminary Examination
- ☐ Presentence Interview
- ☐ Trial
- ☐ Screening (Probation Dept at _____)
- ☐ Plea
- ☐ Sentencing (Courtroom ___ at _____)
- ☐ _____
- ☐ _____

On the following charges: _____
_____

**IMPORTANT – READ THIS CAREFULLY:**

Bring this notice with you. If you fail to appear at the time, date and place set for a Criminal offense, you may forfeit your bond, a Warrant may be issued for your Arrest and you may be found in Contempt of Court.

If you fail to appear for a Civil Infraction offense, a Default Judgment may be entered against you resulting in additional monetary penalties.

IT IS YOUR RESPONSIBILITY TO INFORM THE COURT WITHOUT DELAY IF YOUR ADDRESS OR TELEPHONE NUMBER CHANGES.