# EXHIBIT 11

| STATE OF MICHIGAN<br>3-B District Court<br>St. Joseph County | **NOTICE TO APPEAR** | Case No.<br>23-660 ST |
|---|---|---|
| **Court Address:** | | **Court Telephone No.** |
| Courts Building, PO Box 67, Centreville, Michigan 49032 | | (269) 467-5627 |

**TO THE DEFENDANT:** Kirk Jensen

You must appear in court on _June 29, 2023 Thurs_
(Day of Week) (Date)

at _3:00 p_ at the following location:
(Time)

- ☐ Courtroom C
- ☐ Courtroom D
- ☒ Court Office (Room 107)
- ☐ Probation Office (Lower Level)
- ☐ Hearing Room (Lower Level)

For the following purpose:

- ☒ Pretrial Conference
- ☐ Informal Hearing
- ☐ Preliminary Exam Conference
- ☐ Formal Hearing
- ☐ Preliminary Examination
- ☐ Presentence Interview
- ☐ Trial
- ☐ Screening (Probation Dept at _____)
- ☐ Plea
- ☐ Sentencing (Courtroom ___ at _____)
- ☐ _____
- ☐ _____

On the following charges: _Last PT Began Jy_

**IMPORTANT - READ THIS CAREFULLY:**

Bring this notice with you. If you fail to appear at the time, date and place set for a Criminal offense, you may forfeit your bond, a Warrant may be issued for your Arrest and you may be found in Contempt of Court.

If you fail to appear for a Civil Infraction offense, a Default Judgment may be entered against you resulting in additional monetary penalties.

IT IS YOUR RESPONSIBILITY TO INFORM THE COURT WITHOUT DELAY IF YOUR ADDRESS OR TELEPHONE NUMBER CHANGES.