## EXHIBIT 12

**Kirk Edwin Jensen, reign citizen**
reign of the heavens, a Set Apart Place
NAC address: 70PHZ P5FJ2

Email: kirkedwin@protonmail.com

**FILED**
JUN 29 2023
STATE OF MICHIGAN
3-B DISTRICT COURT

To: 3-B DISTRICT COURT, STATE OF MICHIGAN
P.O. Box 67 125 W MAIN ST
CENTERVILLE, MI 49032
Case ID: 23-660-ST-1, 23-661-ST-1, 23-901815-SI-1

## NON-STATUTORY ABATEMENT

Comes now, Kirk Edwin Jensen, (hereinafter "Claimant"), a reign citizen being competent to testify and being over the age of twenty-one years, after first being duly sworn according to the law to tell the truth to the facts related herein states that Claimant has first-hand knowledge and belief that these facts are true to the best of Claimant knowledge and belief, and

*\*For the purpose of this Abatement "the CROWN" shall include the following persons; all variations of the person Sheriff's Department, a Department of County of St. Joseph D-U-N-S number: 008645009, all variations of the person St. Joseph County Court, all variations of the person State of Michigan D-U-N-S number: 054698428, the person State Bar of Michigan D-U-N-S number: 087749883, all variations of the person Government of The United States federal corporation doing business as U S Government D-U-N-S number(s): 161906193 and/or 052714196 located in District of Columbia as evidenced in 28 U.S.C. 3002 (15)(A), all Districts/States (hereinafter "state[s])/State[s]") of the U S Government, and the person City of London Corporation\**

1. Claimant, is a non-citizen, non-resident alien foreign to the political subdivisions, districts, commonwealths and states operating as states within States of the United States corporation, hereinafter "the CROWN", for the CROWN itself, HOLY SEE, and Secretariat General evidenced in EXHIBIT A, pages 3 and 4 within this Non-Statutory Abatement, hereinafter "Abatement", and

2. Claimant is a follower of Yahushua/Yeshua/Jesus the Christ/Messiah as Claimant's one and only Sovereign authority evidenced in Scripture, Mattithyahu (Matthew) 28:18 stated herein; *"18And came up and spoke to them, saying, "All authority has been given to Me in heaven and on earth"*, and

3. Claimant has renounced Luciferianism and his kingdoms of the world including all international institutions utilizing Fiat currency, the CROWN, HOLY SEE, Secretariat General, and all entities associated thereof. The use of Luciferian Roman Canons in judiciary rules, procedures or hearings are violating Claimants religious beliefs. Claimant is not a subject of the CROWN, HOLY SEE, and Superior General evidenced in EXHIBIT B, page 5, and

Page 1