**EXHIBIT 13**

| State of Michigan Uniform Law Citation | Ticket No. **901815** | | ☐ Victim Involved |
|---|---|---|---|
| US DOT# | Incident No. 2370-23 | | Dept. No. 030 |
| The People Of: ☐ The State of Michigan ☐ Township ☐ City ☐ Village ■ County | Local Lien/Arrest No. 2378-23 | | Detection Device |
| OF **ST JOSEPH** | | BAC | 1 of 1 |

| THE UNDERSIGNED SAYS THAT ON | Month Day Year **04/06/2023** | At Approximately **9:49 AM** | Date of Birth | Month Day Year **07/03/1974** |
|---|---|---|---|---|

| State **MI** ■ Oper/Chauff ☐ CDL | Driver's License Number **J525449188526** | | | |
|---|---|---|---|---|

| Race **W** | Sex **M** | Hgt **6'3"** | Wgt **215** | Hair **BRO** | Eyes **BLU** | Occupation/Employer |
|---|---|---|---|---|---|---|

Name (First, Middle, Last)
**KIRK EDWIN JENSEN**

Street
**5904 SNYDER RD**

| City **BERRIEN SPRINGS** | State **MI** | Zip **49103** |
|---|---|---|

| E-mail Address | Cellular Phone |
|---|---|

| Vehicle Plate No. **DZQ9585** | Year **2023** | State **MI** | Vehicle Description (Year, Make, Color) **2003, FORD, WHI** | Veh Type **PA** |
|---|---|---|---|---|

THE PERSON NAMED ABOVE in violation of ☐ Local Ordinance ■ State Law ☐ Administrative Rule

UPON _____

AT OR NEAR ___HARNER RD___

WITHIN ☐ CITY ☐ VILLAGE ■ TOWNSHIP   **LOCKPORT**

COUNTY OF __ST JOSEPH CO__   DID THE FOLLOWING:

| Type | MCL Cmp/ACC Ordinance | Description (include any bond amount collected on each charge) | Charge No. |
|---|---|---|---|
| ☐ Cvl ☐ Warn ■ Misd ☐ Fug ☐ Fel ☐ Waiv | ☐ Authorization Pend 257.311 | NO OPERATOR'S LICENSE IN POSSESSION | 1 |
| ☐ Cvl ☐ Warn ■ Misd ☐ Fug ☐ Fel ☐ Waiv | ☐ Authorization Pend 257.301 | DROVE WHILE UNLICENSED OR NOT VALID | 2 |
| ■ Cvl ☐ Warn ☐ Misd ☐ Fug ☐ Fel ☐ Waiv | ☐ Authorization Pend 257.328(1) | NO PROOF OF INSURANCE | 3 |

TO THE COURT: Do not arraign on a felony charge until an authorized complaint is filed.

Offense Code(s)
1       2       3

Type Key:   Cvl = Civil Infraction   Misd = Misdemeanor   Fel = Felony   Wrn = Warning   Fug = Fugitive   Waiv = Violation for Which Fines/Costs May be Waived   Authorization pend. = Authorization Pending

Description/Remarks
STOPPED DUE TO R/O HAVING EXPIRED LICENSE. DRIVER FOUND TO HAVE A CANCELLED LICENSE. DRIVER DISPLAYED NO VALID STATE ISSUED IDENTIFICATION. PROOF OF INSURANCE GIVEN EXPIRED MARCH 14, 2023.

CHECK IF APPROPRIATE
☐ Vehicle Impounded   ☐ Damage to Property   ☐ Local Court Bond
☐ Trailer Death   ☐ Injury   ☐ License Printed in Lieu of Bond
☐ Death   ☐ Appearance Certificate
Person in Active Military Service ☐ Yes ■ No   ■ None

SEE DATE BELOW. SEE RIGHT SIDE OF CITATION FOR EXPLANATION AND INSTRUCTIONS

Appearance Date on or before   **4/20/2023 8:15 AM**

Hearing Date (if applicable) on _____   ☐ Contest Court

☐ Juvenile Traffic Sfed.   ☐ Formal Hearing Requested (Court will Notify)

In the **3B DISTRICT COURT**   Court of **CENTREVILLE**

Court Address & Phone Number
**125 WEST MAIN, PO BOX 67**
**CENTREVILLE, MI 49032**
**269-467-5503**

I request a copy of the civil infraction complaint upon the defendant (or owner/occupant) by placing (if applicable).

I declare under the penalties of perjury that the statements above are true to the best of my information, knowledge and belief.

| Complainant's / Officer's Signature and except if applicable | Month Day Year **04/06/2023** |
|---|---|

| Officer's Name (printed) **KEVIN BROOKS** | Officer's ID No. **7520** |
|---|---|

| Agency ORI **MI7517500** | Agency Name **ST. JOSEPH COUNTY SHERIFF** |
|---|---|

Side bar: **901815** Ticket   **KIRK EDWIN JENSEN** Name   Case No.

**OFFICER'S NOTES**

STOPPED DUE TO R/O HAVING EXPIRED LICENSE. DRIVER FOUND TO HAVE A CANCELLED LICENSE. DRIVER DISPLAYED NO VALID STATE ISSUED IDENTIFICATION. PROOF OF INSURANCE GIVEN EXPIRED MARCH 14, 2023. GAVE PASSPORT NOT ISSUED BY U.S. GOVERNMENT AS IDENTIFICATION. CLAIMS ITS FROM "THE UNITED STATES OF AMERICA" AND IS DIFFERENT FROM UNITED STATES OF AMERICA. SOVEREIGN CITIZEN. CLAIMS HE'S NOT A U.S. CITIZEN BUT WAS BORN IN ILLINOIS.

| WEATHER | HIGHWAY | | TRAFFIC | LIGHT |
|---|---|---|---|---|
| ☐ Clear | ■ Dry | ☐ Concrete | ■ Light | ■ Daylight |
| ■ Cloudy | ☐ Wet | ■ Blacktop | ☐ Medium | ☐ Darkness |
| ☐ Raining | ☐ Muddy | ☐ Gravel | ☐ Heavy | ☐ Dawn |
| ☐ Snowing | ☐ Snowy | ☐ Unimproved | ■ Vehicle | ☐ Dusk |
| ☐ Fog | ☐ Icy | ☐ Divided | ☐ Pedestrian | ☐ Other |
| ☐ Sleet | ☐ Loose Material | lanes | ☐ Cross Traffic | |

**Remarks**

STOPPED DUE TO R/O HAVING EXPIRED LICENSE. DRIVER FOUND TO HAVE A CANCELLED LICENSE. DRIVER DISPLAYED NO VALID STATE ISSUED IDENTIFICATION. PROOF OF INSURANCE GIVEN EXPIRED MARCH 14, 2023.

**DISPOSITION**

Judge/Magistrate _____

Court _____ Date _____

Location _____

Findings  ☐ Guilty/Responsible  ☐ Not Guilty/Responsible  ☐ Dismissed

Probation _____ Other _____

Remarks _____

POLICE/ENFORCEMENT AGENCY/PROSECUTOR COPY