**Kirk Edwin Jensen, reign citizen**
reign of the heavens
NAC address: 70PHZ P5FJ2
Email: kirkedwin@protonmail.com

FILED - GR
July 13, 2023 12:36 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: JW / 7-14

To: United States District Court for the Western District of Michigan Clerk of Court Ann E. Filkins
399 Federal Bldg Courthouse
110 Michigan St NW
Grand Rapids MI 49503

**1:23-cv-749**
Robert J. Jonker
U.S. District Judge

Cc.: 3-B DISTRICT COURT, STATE OF MICHIGAN
P.O. Box 67 125 W MAIN ST
CENTERVILLE, MI 49032
**Case ID: 23-660-ST**

# COVER LETTER-ALIEN TORT CLAIM

Comes now, Kirk Edwin Jensen, hereinafter "Claimant", a citizen and servant in the Set Apart Place of Yahushua/the Messiah/reign of the heavens recognizing the District/state of Michigan is a district of the Government of The United States federal corporation doing business as U S Government located in the District of Columbia.

Claimant recognizes that one or more of the persons charged within the Alien Tort Claim provided by Claimant to the United States District Court for the Western District of Michigan are utilized for Service of Process of Summons and Complaints/Claims, therefore Service of Process may not be in accordance with Rule 4, Federal Rules of Civil Procedure and United States Marshal(s) will be required for proper Service of Process. Claimant hereby request leave in the form of Forma Pauperis whereas the resources to obtain the necessary fee amounts in Fiat currency (Federal Reserve Notes) are beyond Claimant's capacity within the reign of the heavens, a Set Apart Place.

Claimant hereby gives thanks to God of Abraham, Isaac, and Jacob and prays to יהושע for peace and reconciliation through relief of damages incurred upon Claimant free of any charges or fees while seeking relief thereby waiving any applied fees upon Claimant.

Claimant Further Sayeth Naught,

*Kirk-Edwin*, citizen of the reign of the heavens, a Set Apart Place on earth

This 109th day in the Year of Yahweh 6025, translated the 6th day of July in the two thousand and twenty third year of the new covenant in Yahushua's name.





1701 E. Empire Street
Suite 360 PMB 147
Bloomington, ILL
61704

7012 1640 0001 3995 6547

Retail

RDC 99

49503

U.S. POSTAGE PAID
FCM LG ENV
DOWAGIAC, MI 49047
JUL 11, 2023

$6.18

R2305M143342-11

United States District Court for the Western District of Michigan
Clerk of Court Ann E. Filkins
399 Federal Bldg Courthouse
110 Michigan St NW
Grand Rapids MI 49503