UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIRK EDWIN JENSEN,

       Plaintiff,             Case No. 1:23–cv–00749–RJJ–SJB

v.             Hon. Robert J. Jonker

UNKNOWN PARTIES #1, et al.,

       Defendants.
_____/

### NOTICE OF RECEIPT OF CASE

    NOTICE is hereby given that this case has been received, and filed in this court on July 13, 2023.  It has been assigned the case number and judge set forth above.

                      CLERK OF COURT

Dated:  July 14, 2023      By:    /s/ S. Kivela_____
                                  Deputy Clerk