UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

KIRK EDWIN JENSEN,

     Plaintiff,

v.                                                                              Hon. Robert J. Jonker

UNKNOWN PARTIES #1, et al.,                          Case No. 1:23-cv-00749

     Defendants.
_____/

**ORDER**

This matter is before the Court on Plaintiff's motion for leave to proceed in *forma pauperis.* (ECF No. 2.) Plaintiff has failed to file the required financial affidavit to proceed *in forma pauperis*. The Clerk of Court is directed to send Plaintiff the applicable form along with this order. Plaintiff is informed that within 14 days from the date of this order, he must file the required financial affidavit. Plaintiff also is notified that if he fails to file the required document, the Court must presume that he is not proceeding *in forma pauperis.* In that case, the Court must order the case dismissed for want of prosecution.

IT IS SO ORDERED.

Date:  July 14, 2023                                    /s/ Sally J. Berens
                                                      SALLY J. BERENS
                                                      U.S. Magistrate Judge