UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIRK EDWIN JENSEN,

    Plaintiff,

v.

                        CASE NO. 1:23-cv-749

                        HON. ROBERT J. JONKER

UNKNOWN PARTIES #1, et al.,

    Defendants.

_____/

## ORDER OF REFERENCE

The captioned case is referred to Magistrate Judge Sally J. Berens for all pretrial purposes. The magistrate judge shall decide all nondispositive motions and conduct all necessary conferences pursuant to 28 U.S.C.§636(b)(1)(A). The magistrate judge shall file a report and recommendation on all dispositive matters under 28 U.S.C. §636(b)(1)(B).

Dated:   July 14, 2023                   /s/ Robert J. Jonker
                                               ROBERT J. JONKER
                                               UNITED STATES DISTRICT JUDGE