FILED - KZ
August 2, 2023 11:07 AM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
__mg__ Scanned by ___/___/___

ge 1 of 5

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the

KIRK EDWIN JENSEN
*Plaintiff/Petitioner*

v.

David Marvin, et al
*Defendant/Respondent*

Civil Action No. 1:23-cv-00749

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: *Kirk Edwin Jensen*

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 7-31-2023

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ 500.00 | $ 0 | $ 500.00 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 10.00 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability *(such as social security, insurance payments)* | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance *(such as welfare)* | $ 0 | $ 0 | $ 0 | $ 0 |
| Other *(specify)*: | $ 0 | $ 0 | $ 0 | $ 0 |
| **Total monthly income:** | $ 510.00 | $ 0 0.00 | $ 500.00 | $ 0 0.00 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Self-employed | 1701 E. Empire St, Ste 360 PMB147 Bloomington, Illinois 61704 | Since 2010 | $500.00 |
| ↓ | ↓ | ↓ | $ ↓ |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $ N/A |
| ↓ | ↓ | ↓ | $ ↓ |
| | | | $ |

4. How much cash do you and your spouse have? $ 580.00

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NONE | N/A | $ 0 | $ 0 |
| ↓ | ↓ | $ ↓ | $ ↓ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ 0 |
| Other real estate *(Value)* | $ 0 |
| Motor vehicle #1 *(Value)* | $ 300— |
| Make and year: 1983 Chevrolet | |
| Model: Caprice | |
| Registration #: Not Registered | |
| Motor vehicle #2 *(Value)* N/A | $ 0 |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets *(Value)* Business equipment/computers | $ 100.00 |
| Other assets *(Value)* N/A | $ 0 |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None | $ N/A | $ N/A |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| None | N/A | N/A |
| | | |
| | | |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| *worK trade for Room & board* ↓ Rent or home-mortgage payment *(including lot rented for mobile home)* Are real estate taxes included? ☐ Yes ☐ No N/A Is property insurance included? ☐ Yes ☐ No N/A | $ 0 | $ 0 |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* Phone & internet | $ 100.00 | $ 0 |
| Home maintenance *(repairs and upkeep)* | $ 0 | $ 0 |
| Food | $ 75.00 | $ 0 |
| Clothing | $ 25.00 | $ 0 |
| Laundry and dry-cleaning | $ 0 | $ 0 |
| Medical and dental expenses | $ 0 | $ 0 |
| Transportation *(not including motor vehicle payments)* | $ 10.00 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. / Hobbies | $ 10.00 | $ 0 |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
| Homeowner's or renter's: | $ 0 | $ 0 |
| Life: | $ 0 | $ 0 |
| Health: | $ 0 | $ 0 |
| Motor vehicle: | $ 0 | $ 0 |
| Other: | $ 0 | $ 0 |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ 0 | $ 0 |
| Installment payments | | |
| Motor vehicle: | $ 0 | $ 0 |
| Credit card *(name):* | $ 0 | $ 0 |
| Department store *(name):* | $ 0 | $ 0 |
| Other: | $ 0 | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* — Business Mailbox/Postage | $ 13.00 | $ 0 |
|---|---|---|
| Other *(specify)*: Business travel & expenses | $ 130.00 | $ 0 |
| Total monthly expenses: | $ 363.00 | $ 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes  ☒ No      If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?  ☐ Yes  ☒ No

    If yes, how much?  $ N/A

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

    See Reverse

12. Identify the city and state of your legal residence.

    No legal Residence; Mail Received @ Bloomington, Illinois

    Your daytime phone number:  309-376-3901
    Your age: 49      Your years of schooling:  HS = 12
                                                 College = 5

In early 2010, a business was started offering consulting services to various fields of industry. Within a few months, an elderly family member was diagnosed with a terminal disease which Plaintiff came alongside family member to stand as primary caregiver. Plaintiff needed to sell almost all assets to facilitate caregiver status and live at family members home. Plaintiff lived off of sold assets and put business on hold. After the death of family member almost two years later, plaintiff tried restarting business with limited success in the 8 years prior to the pandemic and since the pandemic has suffered even more financial hardship keeping business going while traveling to meet and stay with clients every few months, trading room and board at each stay with limited funds.

U.S. POSTAGE PAID
FCM LG ENV
NILES, MI 49120
JUL 31, 2023
$5.94
R2304N116780-01

49007
RDC 99

CERTIFIED MAIL
7022 2410 0001 1273 0213

1701 E. Empire St.
Suite 360 PMB 147
Bloomington, IL
61704

Office of the Clerk
US District Court
107 Federal Bldg.
410 W. Michigan Ave.
Kalamazoo, Mich.