To: United States District Court for the Western District of Michigan Clerk of Court Ann E. Filkins
107 Federal Bldg
410 Michigan Ave.
Kalamazoo, MI 49007

**FILED - KZ**
August 2, 2023 11:05 AM

U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
___mg___ Scanned by _____

Cc.: Judge Robert J. Jonker

From:  Kirk Edwin Jensen, reign citizen

RE: case 1:23-cv-00749-RJJ-SJB

The case information sent to the District court dated July 14th was received and notice of receipt states
that it was filed on [July 13th, 2023] and Plaintiff had 14 days to file affidavit for application to proceed
without prepayment of fees or costs.  The information was received by Plaintiff on [July 29, 2023] and
Plaintiff still wants to proceed with case.  Because of the delay the opportunity for service of process
upon Defendants has become time sensitive and while Plaintiff is including affidavit of waiver, Plaintiff
has sent a payment despite financial hardship to secure case and would request an expedited response
and financial relief.  Included are all the names and addresses of Defendants to assist in that expedited
request.

Sincerely,

Kirk Jensen

This 134th Day in the Year of Yahweh 6024, translated the thirty first day of July in the two thousand
and twenty third year of the new covenant in Yahushua's name.

Defendants/Respondents:

Jeffery Middleton
Business address:
125 W MAIN ST
CENTERVILLE, MI 49032

Home:
1) 55494 N Fisher Lake Rd Three Rivers, MI 49093
2) 188 Barrows Ct Three Rivers, MI 49093
3) 22886 W Glenhurst Rd Deer Park, IL 60010

David Marvin
Business address:
125 W MAIN ST
CENTERVILLE, MI 49032

Home:
604 W Lapeer St, Lansing, MI 48933-1019

Casey Johnson
Business address:
125 W MAIN ST
CENTERVILLE, MI 49032

Mark Lillywhite
Business address:
650 E MAIN ST
CENTERVILLE, MI 49032

Kevin Brooks
Business address:
650 E MAIN ST
CENTERVILLE, MI 49032

Dana Nessel State of Michigan
Business address:
525 W. Ottawa St. Lansing, MI 48906

Home:
1) 52039 Kern Dr, Three Rivers, MI 49093-8921
2) 604 S Clark St, Centreville, MI 49032-9790

U.S. POSTAGE PAID
FCM LG ENV
NILES, MI 49120
JUL 31, 2023

$5.94

R2304N116780-01

Retail

49007

RDC 99

UNITED STATES
POSTAL SERVICE®

7022 2410 0001 1273 0213

CERTIFIED MAIL

Office of the Clerk
US District Court
107 Federal Bldg.
410 W. Michigan Ave.
Kalamazoo, Mich.

1701 E. Empire St.
Suite 360 PMB 147
Bloomington, ILL
61704