IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN SOUTHERN
DIVISION

KIRK EDWIN JENSEN,

Plaintiff,

v.

KEVIN BROOKS, MARK LILLYWHITE,
JEFFERY C. MIDDLETON, DAVID MARVIN,
CASEY JOHNSON and STATE OF MICHIGAN

FILED - KZ
August 14, 2023 1:42 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
mg   Scanned by /s/ __

1:23CV749

## OBJECTION TO THE REPORT AND RECOMMENDATION IN THE MATTER OF CIVIL CASE FILING NUMBER 1:23-cv-749

Comes now Kirk Edwin Jensen, a reign citizen being competent to testify and being over the age of twenty-one years, in objection to the report and recommendation in the matter of Civil Case Number 1:23-cv-749 by U.S. Magistrate Judge Sally J. Berens security interest for SALLY J. BERENS, hereinafter "Conductor",

## ARGUMENT

1. In response to the claim of Unknown Parties, the Parties within the Alien Tort Claim, hereinafter "Claim", are listed within the Charges section of said Claim. It appears that Conductor did not apply self determination to review the entire Claim. Parties listed in the Charges section are as follows; Deputy for St. Joseph County Sheriff's Department, a Department of County of St. Joseph Kevin Brooks, hereinafter "Deputy", Sheriff for St. Joseph County Sheriff's Department, a Department of County of St. Joseph Mark Lillywhite, hereinafter "Sheriff", State Bar of Michigan, hereinafter "SBM", members Judge Jeffery C. Middleton, hereinafter "Judge", Prosecutor David Marvin, hereinafter "Prosecutor 1", and Prosecutor Casey Johnson, hereinafter "Prosecutor 2", as collective members of/for State of Michigan, hereinafter the "Parties", and

2. In response to failure to make a claim upon which relief can be granted, the Claim provides sufficient facts and EXHIBITS on the damages incurred upon Plaintiff by the Parties in violation of the Law of Nations and the International Covenant on Civil and Political Rights while

operating vacant an established religion or any other religion that does not acknowledge the one true living God, God of Abraham, Isaac, and Jacob or His Son the Messiah also evidenced in the international publication Link provided herein; https://therevolutionarytimesnews.com/2023/06/28/memorandum-of-association-between-the-united-states-holy-see-and-the-crown-as-luciferian-kingdoms-of-the-world/. Plaintiff's Relief is listed within the Relief section of the Claim. Should property assets be unavailable in the matter of Plaintiff's relief in the form of property assets turned over to Claimant by the Parties then alternatives to said relief may be presented to Plaintiff, and

3. In response to frivolousness, it appears that Conductor has not applied self determination to review the codified *Law of Nations*, specifically *Book I Of Nations Considered in Themselves Chapter XII Of Piety and Religion § 130 When there is yet no established religion*, stated herein; Paragraph 2- "Finally, if the number of citizens who would profess a different religion from that established by the nation be inconsiderable; and if, for good and just reasons, it be thought improper to allow the exercise of several religions in the state — those citizens have a right to sell their lands, to retire with their families, and take all their property with them. For their engagements to society, and their submission to the public authority, can never oblige them to violate their consciences. If the society will not allow me to do that to which I think myself bound by an indispensable obligation, it is obliged to allow me permission to depart", and

## CONCLUSION

1. Plaintiff provided the Parties proper notice of Plaintiff's status within a political and religious society foreign to the political society of the Parties operating vacant an established religion in the form of a Non-Statutory Abatement evidenced in EXHIBIT 12, page 18 within the Claim. The Parties have denied Plaintiff's right to retire/withdraw from all Districts/States of the Government of The United States federal corporation doing business as U S Government D-U-N-S number: 16190619, hereinafter "U.S.", and

2. Plaintiff has renounced Lucifer and his Luciferian kingdoms of the world including but not limited to the U.S., the Crown and the Holy See evidenced in EXHIBIT 3, page 10 within the Claim. The Judges within the political subdivision State of Michigan conduct proceedings under Canons, Ecclesiastical rules and laws of the Holy See evidenced in the State Bar of Michigan's Michigan Code of Judicial Conduct, pdf link provided herein; https://www.courts.michigan.gov/49b63d/siteassets/publications/benchbooks/mcjca/mcjca.pdf. Such proceedings violate Plaintiff's religious beliefs and conscience as stated within the Claim and considered religious persecution upon Plaintiff residing within a separate yet equal station set apart from the U.S., Districts/States and the political society thereof, and

3. State of Michigan and the U.S. are outstandingly indebted to another and incurred a floating deficit by way of credit only making interest payments and relies on securities in the form of bonds to a private banking system known as Federal Reserve System independent from the U.S. to print Fiat currency as NOTES to pay. Such methods of NOTES with intrinsic value is unproportionate to the extrinsic value of commodities creating inflation and devaluation of the NOTE, therefore subjecting persons to debt BONDage, a form of Slavery, and

4. Plaintiff has arbitrarily been claimed as a "sovereign citizen", thereby arbitrarily classifying Plaintiff, a peaceful civilian, as a Domestic Terrorist considered as attempted murder committed upon Plaintiff, referenced further in Charge 5 within the Claim. Conductor also stated the arbitrary classification appeared to apply to Plaintiff, a statement contradictory to Plaintiff's continued notice of association with a society of individuals in social compact with an established religion foreign to the U.S., Districts/States and the political society thereof, and

5. The Parties have impaired and interfered with the rights and/or obligations of Plaintiff's contract with יהושע the Messiah, the true Sovereign Authority on earth and Plaintiff's King. There is no willful social compact between Plaintiff and the Parties prompting the charges of religious persecution and Slavery, and

Plaintiff hereby gives thanks to God of Abraham, Isaac, and Jacob and prays to יהושע for peace and reconciliation with all persons for may they be given eyes to see and ears to hear יהושע's Words and Teachings. Plaintiff Further Sayeth Naught,

*Kirk-Edwin*, citizen of the reign of the heavens, a Set Apart Place on earth

This 143rd day in the Year of Yahweh 6025, translated the # day of August in the two thousand and twenty third year of the new covenant in Yahushua's name.

# CERTIFICATE OF SERVICE

I served a copy of this Objection to the Report and Recommendation in the Matter of Civil Case Number 1:23-cv-749 by U.S. mail to the address of the Office of the Clerk United States District Court 107 Federal Building 410 W. Michigan Avenue Kalamazoo, Michigan 49007 on the 143rd day in the Year of Yahweh 6025, translated the 9th day of August in the two thousand and twenty-third year of the new covenant in Yahushua's name.

                    KEVIN BROOKS, MARK LILLYWHITE, JEFFERY C. MIDDLETON, DAVID MARVIN, C ASEY JOHNSON and STATE OF MICHIGAN

                    Parties charged with violating the Law of Nations and the International Covenant on Civil and Political Rights,

                    /s/Kirk Edwin Jensen/s/, reign citizen
NAC address: 70PHZ P5FJ2
reign of the heavens, a Set Apart Place
Trafficked to:
[5904 Snyder Rd. Berrien Springs, MI 49103]

Correspondence by of Private Mail Box @:
[1701 E. Empire Street Suite 360 PMB 147
Bloomington, Illinois 61704]

1701 E. Empire Street
Suite 360 PMB 147
Bloomington, Illinois 61704

**CERTIFIED MAIL**

7022 0410 0000 1046 5770

GRAND RAPIDS MI 493
10 AUG 2023 PM

Retail  

49007

U.S. POSTAGE
FCM LETTER
DOWAGIAC, MI
AUG 10, 2023
$5.01
R2305K138370-

RDC 99

Office of the Clerk
United States District Court
107 Federal Building
410 W. Michigan Avenue
Kalamazoo, Michigan 49007

49007-374632