UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIRK EDWIN JENSEN,

    Plaintiff,

v.

                              CASE No. 1:23-CV-749

                              HON. ROBERT J. JONKER

UNKNOWN PARTIES #1, et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the Order Approving and Adopting Report and Recommendation entered this date:

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED** for failure to state a claim under 28 U.S.C. §§ 1915(e) and 1915A and 42 U.S.C. § 1997e(c).

Dated:   August 25, 2023           /s/ Robert J. Jonker
                                                    ROBERT J. JONKER
                                                    UNITED STATES DISTRICT JUDGE